NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REMBRANDT DATA TECHNOLOGIES, LP,**
*Plaintiff-Appellant,*

v.

**AOL, LLC,**
*Defendant,*

**and**

**CAVALIER TELEPHONE, LLC,**
*Defendant,*

**and**

**DIRECTV, INC.,**
*Defendant,*

**and**

**HEWLETT-PACKARD COMPANY,**
*Defendant-Appellee,*

**and**

**CANON U.S.A., INC., CANON BUSINESS SOLUTIONS, INC., and CANON INFORMATION TECHNOLOGY SERVICES, INC.,**
*Defendants-Appellees.*

---

2010-1002

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 08-CV-1009, Judge Gerald Bruce Lee.

---

## ON MOTION

---

## ORDER

Rembrandt Data Technologies, L.P. and DIRECTV, Inc. submit a stipulated notice of dismissal stating that they "agree to the dismissal of the claims of this action, as between them (and their claims, counterclaims, third party claims, and/or any cross claims) with prejudice and on the merits, and with each side to bear its own costs and attorney fees."

Rembrandt does not indicate that it wishes to dismiss its appeal in its entirety. Thus, this order informs the merits panel that Rembrandt and DIRECTV no longer wish to pursue the claims between them. With respect to the request that the court dismiss with prejudice, it is not the practice of this court to dismiss with or without prejudice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The caption is revised to reflect that DIRECTV is no longer participating in this appeal as an appellee.

(2) As between Rembrandt and DIRECTV, each side shall bear its own costs.

(3) A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

AUG 1 0 2010

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  George Pazuniak, Esq.
     Michael J. Songer, Esq.
     R. Alexander Pilmer, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 0 2010

JAN HORBALY
CLERK